US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
07/03/2017

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| HARTZELL HAYES, | ) |
| | ) |
| Plaintiff, | ) CASE NO. 17-5121-TLB |
| | ) |
| v. | ) |
| | ) |
| WAL-MART STORES EAST, LP., A | ) |
| SUBSIDIARY OF WAL-MART STORES INC., | ) |
| D/B/A WAL-MART, | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT

COMES NOW, Plaintiff, by and through his attorney at law, and files this his Complaint and shows this Honorable Court as follows:

1.

Plaintiff is a resident of Colquitt County, Georgia.

2.

Wal-Mart Stores East, LP, a Subsidiary of Wal-Mart Stores, Inc., d/b/a Wal-Mart, hereinafter referred to as "Defendant" is a foreign for profit corporation, which is authorized to and does transact business in their retail stores, discount stores and grocery stores throughout the United States and is based in Bentonville, Arkansas. Wal-Mart Stores East, LP acts as a subsidiary of Wal-Mart Stores, Inc.

Hartzell Hayes v. Wal-Mart Stores East, LP, a Subsidiary of Wal-Mart Stores, Inc., d/b/a Wal-Mart
United State District Court
For The Western District of Arkansas
Fayetteville Division
Complaint
Page 1 of 4

3.

Plaintiff brings his complaint under federal diversity jurisdiction, 28 U.S.C. 1332, as the parties are completely diverse in citizenship and the amount in controversy exceeds $75,000.00.

4.

Jurisdiction and venue are proper in this Court.

5.

Service of process may be perfected upon Defendant by serving its registered agent.

6.

On or about July 2, 2014. Plaintiff went to Defendant's establishment located at 641 Veterans Pkwy S., Moultrie, Georgia., as a customer/business invitee.

7.

Plaintiff was riding one of the stores electric carts across the front of the store behind the cash registers. Plaintiff was negotiating through a construction zone where some men were replacing tile on the floor, and hit a negligently placed rotisserie hot case with his knee. Plaintiff suffered an injury to his knee. The dangerous condition (i.e. negligently placed rotisserie hot case in a construction zone) was not readily apparent to the average customer/business invitee.

8.

Defendant knew or should have known of the dangerous condition before Plaintiff slipped and fell.

*Hartzell Hayes v. Wal-Mart Stores East, LP, a Subsidiary of Wal-Mart Stores, Inc., d/b/a Wal-Mart*
United State District Court
For The Western District of Arkansas
Fayetteville Division
Complaint
Page 2 of 4

9.

Defendant had notice of the dangerous condition.

10.

The Defendant's employees and agents knew of such dangerous condition on July 2, 2014, and notwithstanding their knowledge of such dangerous condition, maintained such dangerous condition on July 2, 2014.

11.

This dangerous condition, which was known to the agents and employees of the Defendant, was unknown to Plaintiff.

12.

As a result of the injury to Plaintiff's knee, he has suffered serious bodily injury.

13.

As a result of the injuries and negligence of Defendant, Plaintiff has suffered past, present and will in the future suffer pain therefrom.

14.

Plaintiff has incurred medical expenses for the treatment of his injuries and suffered a physical handicap.

15.

Plaintiff's injuries are permanent and continuing in nature and Plaintiff will suffer losses and impairment in the future. Plaintiff suffered the following injuries, but not limited to the following injuries: Tear of Medial Cartilage or Meniscus of Knee, Current;

*Hartzell Hayes v. Wal-Mart Stores East, LP, a Subsidiary of Wal-Mart Stores, Inc., d/b/a Wal-Mart*
United State District Court
For The Western District of Arkansas
Fayetteville Division
Complaint
Page 3 of 4

Knee Pain; Contusion of Knee; Degeneration of Cervical Intervertebral Disc; Lumbar Disc Degeneration; and Spinal Stenosis of Lumbar Region w Neurogenic Claudication.

16.

All damages suffered by Plaintiff are the direct and proximate result of the Defendant's negligent acts.

17.

Plaintiff's medical bills are in excess of $7,000.00.

WHEREFORE, Plaintiff prays as follows:

a. That service of process issue in accordance with the law;

b. That Plaintiff have a jury trial on all issues set forth herein;

c. That Plaintiff recover a judgment against the Defendant in the amount of $95,000.00 for medical bills, loss of earnings, and pain and suffering;

d. That Plaintiff be entitled to reasonable attorney's fees and all costs of this action;

e. That Plaintiff have such other and further relief as this Honorable Court deems just and proper.

This the 3rd day of July 2017.

_____
Jody D. Peterman
Georgia Bar #573552
Jody D. Peterman, LLC
PO Box 6010
Valdosta, GA 31603-6010
petermanlawoffice@yahoo.com

Hartzell Hayes v. Wal-Mart Stores East, LP, a Subsidiary of Wal-Mart Stores, Inc., d/b/a Wal-Mart
United State District Court
For The Western District of Arkansas
Fayetteville Division
Complaint
Page 4 of 4