IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**HARTZELL HAYES**                                                                                   **PLAINTIFF**

**VS.**                        **CASE NO. 17-5121-TLB**

**WAL-MART STORES EAST, LP., A
SUBSIDIARY OF WAL-MART STORES INC.,
D/B/A WAL-MART**                                                        **DEFENDANT**

### DEFENDANT'S MOTION FOR LEAVE TO FILE
### REPLY IN SUPPORT OF ITS MOTION TO TRANSFER CASE

Defendant Wal-Mart Stores East, LP, a subsidiary of Wal-Mart Stores Inc., d/b/a Wal-Mart ("Walmart"), by and through its attorneys Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C., states as follows for its Motion for Leave to File Reply in Support of Motion to Transfer Case:

1. On November 10, 2017, Walmart filed its Motion to Transfer Case ("Motion") asking the Court to transfer this matter to the United States District Court for the Middle District of Georgia.

2. Plaintiff filed his response on November 30, 2017, asserting several arguments in opposition to Defendant's Motion.

3. Walmart requests an opportunity to respond to Plaintiff's arguments in order to address issues Plaintiff has raised and to assist the Court in ruling on Walmart's Motion.

5. Accordingly, Walmart requests the Court grant it leave to file a reply in support of its Motion.

6. Walmart anticipates that if the Court grants it leave, Walmart will file its reply brief by December 11, 2017.

WHEREFORE, Walmart respectfully requests the Court grant its Motion for Leave to File Reply in Support of its Motion to Transfer Case, and for all other relief to which it is entitled.

>Respectfully submitted,
>
>MITCHELL, WILLIAMS, SELIG,
>GATES & WOODYARD, P.L.L.C.
>5414 Pinnacle Point Drive, Suite 500
>Rogers, AR 72758
>(479) 464-5686  Phone
>(479) 464-5680  Fax
>kfreeman@mwlaw.com
>bcrawford@mwlaw.com
>
>By: /s/ Bryce G. Crawford
>   Karen P. Freeman, Ark. Bar No. 2009094
>   Bryce G. Crawford, Ark. Bar No. 2013045
>
>*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I, Bryce G. Crawford, certify that the above pleading was electronically filed with the Clerk of the Court on December 6, 2017, using the CM/ECF system, which sends notice of the filing to all registered users including:

Jody D. Peterman
Jody D. Peterman, LLC
PO Box 6010
Valdosta, GA 31603

>By: /s/ Bryce G. Crawford